UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL L. WINTERS, JR.

VERSUS

TEACHERS RETIREMENT SYSTEM
OF LOUISIANA (TRSL)

CIVIL ACTION

NO. 13-468-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 15, 2014 (doc. no. 6). The plaintiff has filed an objection which merely restates his prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction, and without leave to amend since the plaintiff has already had ample time to file a sufficient amended complaint.

Baton Rouge, Louisiana, this 12th day of June, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA